Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 12−36677−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mary P Long
   47 Willow Avenue
   Hackensack, NJ 07601

Social Security No.:
   xxx−xx−9492

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

   All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the
     Bankruptcy Code.

     If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: January 10, 2018
JAN: iav

                                                                    Jeanne Naughton
                                                                    Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 12-36677-RG
Mary P Long                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jan 10, 2018
                              Form ID: cscnodsc        Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
db             +Mary P Long,    47 Willow Avenue,    Hackensack, NJ 07601-3002
cr            ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
               (address filed with court: Creditors Bankruptcy Service,      POB 740933,    Dallas, TX  75374)
513478529     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi Cards,     PO Box 182564,    Columbus, OH 43218-2564)
513478527       Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
513478528       Chase Freedom,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
513913737      +Edfinancial on behalf of US Dept. of Education,     120 N. Seven Oaks Dr.,
                 Knoxville, TN 37922-2359
513478531      +EdiFinancial Services,     PO Box 36008,    Knoxville, TN 37930-6008
513478534      +Frank Long,    47 Willow Avenue,    HackensacK, NJ 07601-3002
513478539       Lincoln Financial Group,     1300 S Clinton Street,    PO Box 7876,    Fort Wayne, NJ 46801-7876
513658209      +M&T BANK c/o,    FEIN, SUCH, KAHN & SHEPARD, PC.,     7 Century Drive,    Suite 201,
                 Parsippany, NJ 07054-4673
513627303       Main Street Acquisition Corp assignee of CHASE,     BANK USA N A,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
513478541     +++Midnight Velvet,    c/o Creditors Bankruptcy Service,     PO Box 740933,    Dallas, TX 75374-0933
513478543       Sears Credit Cards,    PO Box 183081,    Columbus, OH 43218-3081
513478544       Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2018 23:25:33     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2018 23:25:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513534298      +E-mail/Text: bncmail@w-legal.com Jan 10 2018 23:25:41      CHESWOLD (OPHRYS), LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513485744       E-mail/Text: mrdiscen@discover.com Jan 10 2018 23:24:47      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
513478530       E-mail/Text: mrdiscen@discover.com Jan 10 2018 23:24:47      Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
513478532       E-mail/Text: bnc-bluestem@quantum3group.com Jan 10 2018 23:26:09      FingerHut,    PO Box 166,
                 Newark, NJ 07101-0166
513478533      +E-mail/Text: fggbanko@fgny.com Jan 10 2018 23:24:50      Forster, Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
513504737       E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 23:29:57      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
513478537       E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 23:29:42      GE Capital Retail Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
513504735       E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 23:29:26      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
513478538       E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 23:29:42      GECRB/jcp,   PO Box 960090,
                 Orlando, FL 32896-0090
514226576       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 10 2018 23:25:45      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
514226577       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 10 2018 23:25:45      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
513478540       E-mail/Text: camanagement@mtb.com Jan 10 2018 23:25:16     M & T Bank,
                 Lending Services, Customer Support,     PO Box 1288,   Buffalo, NY 14240-1288
513478542      +E-mail/Text: bankruptcy@sccompanies.com Jan 10 2018 23:26:34      Monroe & Main,
                 c/o Creditors Bankruptcy Service,    PO box 740933,    Dallas TX 75374-0933
513588534      +E-mail/Text: bankruptcy@sccompanies.com Jan 10 2018 23:26:34      Monroe & Main,
                 c/o Creditors bankruptcy services,    PO Box 740933,    Dallas TX 75374-0933
513763546       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2018 23:35:30
                 Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,     POB 41067,
                 Norfolk VA 23541
513885614      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2018 23:52:09
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541,
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513885613      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2018 23:46:55
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513478545      +E-mail/Text: BKRMailOps@weltman.com Jan 10 2018 23:25:38      Weltman Weinberg & Reis,
                 325 Chestnut Street,    Suite 501,    Philadelphia, PA 19106-2605
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAYVIEW LOAN SERVICING, LLC AS SERVICER FOR, M&T B,    Fein, Such, Kahn & Shepard, P.C.
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jan 10, 2018
                              Form ID: cscnodsc        Total Noticed: 34

cr*           +Monroe & Main,   c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
513478535*    +Frank Long,    47 Willow Avenue,    Hackensack, NJ 07601-3002
513478536    ##+Frederick J. Hanna & Associates, PC,    1427 Rosewell Road,    Marietta, GA 30062-3668
                                                                                 TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC AS SERVICER FOR, M&T BANK
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John W. Sywilok    on behalf of Debtor Mary P Long sywilokattorney@sywilok.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC AS SERVICER FOR, M&T BANK
           bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
                                                                                             TOTAL: 6
```